the event. On the facts shown upon the trial, plaintiff made out a cause of action. (*Green* v. *Clarke*, 12 N. Y. 343; *Kelly A. B. Co.* v. *Barber A. P. Co.*, 211 id. 68, 70; 6 C. J. 1147, 1166; Schouler Bailments & Carriers [3d ed.], § 115, at p. 123.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

BEATRICE CLAY, Also Known as BEATRICE HOLSKY and Others, Appellants, v. AUSTIN LOUIS BROWN, as Administrator, etc., of LOUISIANA BROWN, Deceased, Respondent.— Order and order as resettled denying plaintiffs' motion to vacate defendant's notice to produce certain documents affirmed, with ten dollars costs and disbursements. The documents are to be produced on five days' notice at the time and place stated in the order as resettled. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on the Complaint of MAE FENNIMORE, Respondent, v. PASQUALE J. IMPERATO, Appellant. — Order of filiation of the Court of Special Sessions, Borough of Brooklyn, reversed on the law and a new trial ordered on the ground that the court erred in excluding the hospital records. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents and votes to affirm.

EMMA DEISSIG and GEORGE DEISSIG, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

THE DURO COMPANY, INC., Respondent, v. WALTER L. W. DARNELL and VINIE GUILLEMETTE DARNELL, His Wife, Appellants, and LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment of the County Court of Suffolk county unanimously affirmed, with costs to plaintiff, respondent. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

IDA FRIEDMAN and SIMON MILLER, Executors, etc., of BARNET Z. FRIEDMAN, Deceased, Trading under the Firm Name of the WESTCHESTER COAT AND APRON SUPPLY COMPANY, Respondents, v. MICHAEL RITI, Also Known as MICHELE RITI, an Individual, Trading as the CITY COAT AND APRON SUPPLY COMPANY and Others, Appellants. (Appeal No. 1.)— Order denying motion to compel plaintiffs to execute and deliver a certain stipulation affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

IDA FRIEDMAN and SIMON MILLER, Executors, etc., of BARNET Z. FRIEDMAN, Deceased, Trading under the Firm Name of the WESTCHESTER COAT AND APRON SUPPLY COMPANY, Respondents, v. MICHAEL RITI, Also Known as MICHELE RITI, an Individual, Trading as the CITY COAT AND APRON SUPPLY COMPANY and Others, Appellants. (Appeal No. 2.) — Order adjudging defendants in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

VICTORIA GIBBONS, Appellant, v. ISIDORE COHN, Respondent.— Order of Appellate Term reversing judgment of the Municipal Court and dismissing the complaint reversed on the law and the facts, with costs, and judgment reinstated. Plaintiff's evidence, that she reported and showed the break in the linoleum to the defendant three months before the accident, and that he told her that she would not fall over it and to forget it, taken in conjunction with the defendant's presence in court and his refusal or failure to become a witness, leaving plaintiff's testimony undisputed, permitted the inference that defendant had and exercised the control over this flight of stairs which required him to keep and maintain it